# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **ARTHUR RAY ROBINSON #425796** | **CIVIL DOCKET NO. 5:22-cv-5335** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JERRY GOODWIN** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 6] having been considered, together with the Objections [Doc. No. 7] filed by Plaintiff Arthur Ray Robinson on December 15, 2022, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Plaintiff Arthur Ray Robinson's Petition for Writ of Habeas Corpus [Doc. No. 1] is duplicative of another pending § 2254 Petition, it is hereby **DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this 20th day of December 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**